JUNE 16, 2011

No. 10A1236 (10–11056). TAYLOR v. TEXAS. Ct. Crim. App. Tex. Application for stay of execution of sentence of death, pre-

sented to JUSTICE SCALIA, and by him referred to the Court, denied. JUSTICE GINSBURG, JUSTICE BREYER, JUSTICE SOTO- MAYOR, and JUSTICE KAGAN would grant the application for stay of execution.